

689 Mariaville Road
Schenectady, NY 12306
Ph. 800-654-6564
Ph. 518-382-0353
Fax 518-382-0680

rlucialsh@gmail.com

October 10, 2014

Hon. Robert Littlefield

U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 306
Albany, NY 12207

RE: In re: Synergy Logistics, LLC, Case No 14-11598 (REL)

Dear Judge Littlefield,

I am the managing member of Synergy Logistics, LLC, the debtor in a case before Your Honor. I just learned that my attorney, Richard Croak, signed a stipulation that was filed with the Court on October 8, 2014 that I had not seen, approved or consented to and that is damaging to the rights of Synergy Logistics. I am terminating Mr. Croak as my attorney because of this unauthorized action and will seek time to find and have approved a new attorney to represent me in this proceeding. I respectfully request that Your Honor allow me to withdraw this Stipulation and Order, dated October 8, 2014, because I did not consent or agree to it and because Synergy Logistics cannot meet its terms and will be devastating to my company.

Thank you.

Respectfully,

Ric Lucia

cc: Kevin Purcell, US Trustee

STORAGE & LOGISTICS