**LUCIA SPECIALIZED HAULING, INC.**
**Account Reconciliation**
**As of Dec 31, 2014**
**01000 - Cash - Pioneer Savings Bank**
**Bank Statement Date: December 31, 2014**

Filter Criteria includes: Report is printed in Summary Format.

| | |
|---|---:|
| Beginning GL Balance | (32,636.08) |
| Add: Cash Receipts | 191,758.02 |
| Less: Cash Disbursements | (156,904.43) |
| Add (Less) Other | (22,405.72) |
| Ending GL Balance | (20,188.21) |
| Ending Bank Balance | 121,312.92 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | (139,627.86) |
| Total outstanding checks | |
| Add (Less) Other | (1,873.27) |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | (20,188.21) |

# LUCIA SPECIALIZED HAULING, INC.
## Aged Receivables
### As of Dec 31, 2014

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Summary Format.

| Customer ID | Amount Due |
|---|---:|
| 10000 | 4,195.20 |
| 10014 | 1,700.00 |
| 10028 | 1,300.00 |
| 10030 | 1,380.00 |
| 10043 | 2,850.00 |
| 10044 | 1,650.00 |
| 10061 | 7,730.00 |
| 10072 | 14,547.10 |
| 10076 | 384.72 |
| 10096 | 1,680.00 |
| 10098 | 2,000.00 |
| 10117 | 720.00 |
| 10156 | 24,250.00 |
| 10206 | 2,600.00 |
| 10263 | 1,300.00 |
| 10276 | 3,300.00 |
| 10475 | 24,371.88 |
| 10565 | 2,150.00 |
| 10606 | 16,861.38 |
| 10634 | 13,586.88 |
| 10724 | 5,000.00 |
| 10734 | 380.00 |
| ATLAS | 4,918.43 |
| CONEMAUGH | 7,839.00 |
| GE | 1,420.00 |
| Nine Mile | 999.39 |
| **Report Total** | **149,113.98** |

LUCIA SPECIALIZED HAULING, INC.
Aged Payables
As of Dec 31, 2014

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Summary Format.

| Vendor | Amount Due |
|---|---|
| A Nuther Co | 250.00 |
| A Permits | -200.00 |
| Access Health Systems | 325.00 |
| Alpern | 305.98 |
| Atlantic Detroit | -136.49 |
| City of Boston Treasury Dept | 650.60 |
| Jeffery Reardon DBA Birdragon | 1,500.00 |
| Lombardi, Reinnard, Walsh et a | 2,071.00 |
| National Grid | 3,258.67 |
| Pauline Hyrcenko DBA Sweet | 8,156.59 |
| Peoria County Highway | 30.00 |
| Richard Wood | 3,950.00 |
| State of Connecticut | 8,191.21 |
| Superintendent of State Police | 1,933.85 |
| Superior Business Supply | 26.38 |
| The Permit Company | 18,221.18 |
| Time Warner Cable | 393.30 |
| Verizon | 35.22 |
| Verizon Wireless | 224.30 |
| Waste Management of Eastern | 711.40 |
| West & Company | 1,800.00 |
| | 51,698.19 |

LUCIA SPECIALIZED HAULING, INC.
Income Statement
For the Twelve Months Ending December 31, 2014

| | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| Sales | $ 98,696.54 | $ 2,263,492.03 |
| Gain/Loss on sale of asset | 0.00 | 31,470.00 |
| Sales/Fee Discounts | (411.95) | (8,136.77) |
| **Total Revenues** | 98,284.59 | 2,286,825.26 |
| | | |
| **Cost of Sales** | | |
| Chains/Binders/Tarps/Signs | 174.07 | 4,820.58 |
| Fuel & Oil | 19,379.71 | 443,742.72 |
| Meals/Rooms | 146.77 | 4,241.05 |
| Post/Search Loads | 40.00 | 480.00 |
| Tires | 2,867.94 | 58,361.96 |
| Tolls | 963.47 | 16,415.84 |
| Training | 325.00 | 2,650.56 |
| IFTA | 578.30 | 793.46 |
| Repair & Maint Equipment | 9,770.75 | 163,117.46 |
| Garage Supplies/Tools | 783.87 | 11,592.42 |
| Escort Service | 4,568.11 | 156,377.18 |
| Loading/Unloading | 835.50 | 2,552.50 |
| Packing/crating | 0.00 | 9,558.18 |
| Rigging/Storage | 0.00 | 10.80 |
| Equipment Rental Other | 0.00 | 414.45 |
| HUT | 1,020.05 | 6,056.15 |
| Permits | 4,162.40 | 77,992.45 |
| Fees for Driver Advances | 0.00 | 731.96 |
| Insurance | 22,174.00 | 282,796.35 |
| Fuel Tax | 0.00 | 345.09 |
| Fed Hwy Tax | 144.00 | 6,510.78 |
| Subcontractor Trucking | 5,250.00 | 86,824.00 |
| Comdata Service Charge | 86.47 | 1,815.24 |
| **Total Cost of Sales** | 73,270.41 | 1,338,201.18 |
| | | |
| **Gross Profit** | 25,014.18 | 948,624.08 |

|  | Current Month | Year to Date |
|---|---:|---:|
| **Expenses** | | |
| Truck/Trailer Registration | 0.00 | 29,038.34 |
| Fines | 0.00 | 702.00 |
| Registrations-Other Vehicles | 0.00 | 11.00 |
| Advertising Expense | 244.00 | 925.98 |
| Bank Charges | 205.01 | 10,470.58 |
| Damages | 0.00 | 11,200.00 |
| Dues & Subscriptions | 0.00 | 587.00 |
| Health Insurance | 1,986.79 | 22,812.51 |
| Interest Expense | 6,018.52 | 9,655.58 |
| Office Supply/Postage/Computer | 368.84 | 6,746.89 |
| Officer Life Insurance | 0.00 | 2,659.70 |
| Payroll Tax | 4,684.18 | 65,269.22 |
| Penalties | 0.00 | 1,168.75 |
| Per Diem - Driver | 2,496.00 | 29,250.00 |
| Professional Fees | 232.50 | 53,499.18 |
| Rent Expense - Mariaville Road | 12,500.00 | 37,500.00 |
| Repairs & Maint Expense-689 | 911.19 | 6,922.41 |
| Utilities Expense - Mariaville | 2,248.58 | 25,570.06 |
| Salaries/Wages | 56,565.40 | 604,019.32 |
| Sales Tax on Leased Equip. | 0.00 | 122.48 |
| Other Expense | 4,002.13 | 5,917.39 * |
| Total Expenses | 92,463.14 | 924,048.39 |
| Net Income | $ (67,448.96) | $ 24,575.69 |

*Corrected prior period entry

Primelink Webmail :: Mail                                                                                                    https://webmail.primelink1.net/?_task=mail&_action=get&_mbox=I...

File name  LSH Bank Stmt Dec 2014.pdf  [Download]
File size  34 KB

[Close]

1/26/2015 3:24 PM
of 1

# PIONEER BANK

                                                                                        Page:            1

305
LUCIA SPECIALIZED HAULING, INC                    Account Number:           8403510
669 MARYVALE RD                                   Statement Date:          12/31/14
SCHENECTADY NY 12306-6906                         Checks/Items Enclosed:        229

                                                                                                      31

Beginning November 15, Pioneer Bank will pay electronic items in the
order of lowest to highest dollar amount except for checks, which are
paid in check number order. Beginning December 1, we will increase the
Overdraft, Non-sufficient Funds, and Uncollected Funds fees for Business
customers from $10 to $35, and the stop payment fee from $25 to $30.

Account Name                    Account Number

BUSINESS CHECKING               8403510
Passbook Loan                   8403510

BUSINESS CHECKING          LUCIA SPECIALIZED HAULING, INC      Acct    8403510

                                                                                                   Balance
   Beginning Balance           12/01/14              65,445.13                                  121,312.92
   Deposits / Misc Credits           24             191,808.02                                    2,088.36
   Withdrawals / Misc Debits        259             135,940.23
** Ending Balance              12/31/14             121,312.92 **
   Service Charge                                       141.16

   Average Balance                                   78,673
   Average Collected Balance                         65,059
   Minimum Balance                                   24,372
   Enclosures                                           229

TRANSACTION DETAIL

| Date  | Activity Description | Deposits | Withdrawals | Balance |
|-------|---------------------|----------|-------------|---------|
| 12/01 | EMRC 5346/EDI PAYMNT | 950.00 |             |         |
| 12/01 | CHECK #37627         |          | 1,475.00    | 64,395.13 |
| 12/01 | CHECK #40702         |          |   915.91    | 64,920.13 |
| 12/01 | CHECK #40688         |          |   935.96    | 64,004.22 |
| 12/01 | CHECK #37630         |          |    25.75    | 63,368.26 |
| 12/01 | CHECK #37631         |          |    32.95    | 63,342.51 |
| 12/01 | CHECK #37632         |          |   165.82    | 63,309.56 |
| 12/01 | CHECK #37633         |          |   998.95    | 63,143.74 |
| 12/01 | CHECK #37636         |          |   160.80    | 62,144.79 |
| 12/01 | CHECK #40685         |          |    37.35    | 61,983.99 |
| 12/01 | CHECK #40686         |          |   500.76    | 61,946.64 |
| 12/01 | CHECK #40689         |          |   607.98    | 61,445.88 |
|       |                      |          |             | 60,837.90 |

P.O. Box 1048, Troy, New York 12181     telephone: (518) 687-5750     www.pioneerbanking.com     info@pioneerbanking.com
Member FDIC                                                                                         Equal Housing Lender