# LUCIA SPECIALIZED HAULING, INC.
## Account Reconciliation
## As of Jan 31, 2015
## 01000 - Cash - Pioneer Savings Bank
## Bank Statement Date: January 31, 2015

Filter Criteria includes: Report is printed in Summary Format.

| | |
|---|---:|
| Beginning GL Balance | (20,188.21) |
| Add: Cash Receipts | 74,449.68 |
| Less: Cash Disbursements | (109,686.47) |
| Add (Less) Other | (32,265.51) |
| Ending GL Balance | (87,690.51) |
| Ending Bank Balance | 22,268.40 |
| Add back deposits in transit | |
| Total deposits in transit | 7,910.53 |
| (Less) outstanding checks | |
| Total outstanding checks | (117,869.44) |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | (87,690.51) |

# PIONEER BANK

3609
LUCIA SPECIALIZED HAULING, INC
689 MARIAVILLE RD
SCHENECTADY NY 12306-6806

Page: 1

Account Number: 8403510
Statement Date: 1/30/15
Checks/Items Enclosed: 210

31

Beginning November 15, Pioneer Bank will pay electronic items in the order of lowest to highest dollar amount except for checks, which are paid in check number order. Beginning December 1, we will increase the Overdraft, Non-Sufficient Funds, and Uncollected Funds fees for business customers from $30 to $35, and the Stop Payment fee from $25 to $30.

| Account Name | Account Number | Interest Paid In 2014 | Balance |
|---|---|---|---|
| BUSINESS CHECKING | 8403510 | .00 | 22,268.40 |
| Passbook Loans | 8403510 | 201.03 | .00 |

BUSINESS CHECKING        LUCIA SPECIALIZED HAULING, INC        Acct    8403510

|  |  |  |
|---|---|---|
| Beginning Balance | 1/01/15 | 121,312.92 |
| Deposits / Misc Credits | 22 | 70,074.38 |
| Withdrawals / Misc Debits | 249 | 169,118.90 |
| ** Ending Balance | 1/31/15 | 22,268.40 ** |
| Service Charge |  | 191.61 |
| Average Balance |  | 78,927 |
| Average Collected Balance |  | 76,954 |
| Minimum Balance |  | 22,268 |
| Enclosures |  | 210 |

TRANSACTION DETAIL

| Date | Activity Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 1/02 | FORT MILLER GR/AP PAYMENT AP Payment | 550.00 |  | 121,862.92 |
| 1/02 | CONSTELLATION/EDI PAYMNT | 333.13 |  | 122,196.05 |
| 1/02 | CHECK #40775 |  | 314.68 | 121,881.37 |
| 1/02 | POS PURCHASE CK/EFT TRANS CT DOT-OSOW PERMITS NEWINGTON CT |  | 26.00 | 121,855.37 |
| 1/02 | POS PURCHASE CK/EFT TRANS CT DOT-OSOW PERMITS NEWINGTON CT |  | 26.00 | 121,829.37 |
| 1/02 | CHECK #37761 |  | 2,912.00 | 118,917.37 |
| 1/02 | CHECK #37762 |  | 4,999.00 | 113,918.37 |
| 1/02 | CHECK #37763 |  | 1,231.23 | 112,687.14 |
| 1/02 | CHECK #37764 |  | 5,017.09 | 107,670.05 |

# LUCIA SPECIALIZED HAULING, INC.
## Aged Receivables
## As of Jan 31, 2015

Filter Criteria includes: Report order is by ID. Report is pri

| Customer ID | Amount Due |
|---|---:|
| 10000 | 4,778.66 |
| 10030 | 1,680.00 |
| 10043 | 1,200.00 |
| 10044 | 1,650.00 |
| 10072 | 14,547.10 |
| 10076 | 769.44 |
| 10096 | 8,944.76 |
| 10098 | 850.00 |
| 10117 | 1,380.00 |
| 10276 | 3,300.00 |
| 10318 | 950.00 |
| 10464 | 15,200.00 |
| 10475 | 24,371.88 |
| 10565 | 1,200.00 |
| 10578 | 6,600.00 |
| 10606 | 24,441.38 |
| 10634 | 14,232.05 |
| 10674 | 2,500.00 |
| 10748 | 15,500.00 |
| 10749 | 1,000.00 |
| 10750 | 7,500.00 |
| 10751 | 6,750.00 |
| 10753 | 2,000.00 |
| ATLAS | 4,473.86 |
| CONEMAUGH | 12,149.62 |
| GE | 1,420.00 |
| Nine Mile | 666.26 |
| **Report Total** | **180,055.01** |

LUCIA SPECIALIZED HAULING, INC.
## Aged Payables
As of Jan 31, 2015

order is by ID. Report is printed in Summary Format.

| Vendor ID | Amount Due |
|---|---:|
| A PERMITS | -200.00 |
| ACCESS | 325.00 |
| AIRGAS | 668.69 |
| ALPERN | 305.98 |
| ATLANTIC DETROIT | -136.49 |
| BIRDDRAGON | 1,500.00 |
| CITY OF BOSTON | 650.60 |
| ERIC'S FLAG | 250.00 |
| LOMBARDI | 2,071.00 |
| MOORADIAN | 935.42 |
| NIMO | 1,875.63 |
| NYS POLICE ESCORTS | 1,933.85 |
| SHEELER | 1,800.00 |
| STATE OF CT | 8,191.21 |
| SWEETP | 8,156.59 |
| THE PERMIT COMPANY | 15,335.01 |
| VERIZON-800 | 60.01 |
| VERIZON-WIRELESS | 224.69 |
| WASTE MANAGEMENT | 8.61 |
| WOOD | 2,850.00 |
| Report Total | 46,805.80 |

LUCIA SPECIALIZED HAULING, INC.
Income Statement
For the One Month Ending January 31, 2015

|  | Year to Date This Year |
|---|---:|
| **Revenues** | |
| Sales-Trucking | $ 93,580.16 |
| Sales/Fee Discounts | (389.45) |
| Total Revenues | 93,190.71 |
| | |
| **Cost of Sales** | |
| Fuel & Oil | 23,277.47 |
| Meals/Rooms | 53.90 |
| Post/Search Loads | 40.00 |
| Tires | 1,824.05 |
| Tolls | 1,135.90 |
| Repair & Maint Equipment | 9,256.98 |
| Garage Supplies/Tools | 1,034.76 |
| HUT | 311.71 |
| Permits | 1,203.50 |
| Fees for Driver Advances | 46.25 |
| Insurance | 16,521.98 |
| Fuel Tax | 58.51 |
| Subcontractor Trucking | 1,824.50 |
| Comdata Service Charge | 108.07 |
| Total Cost of Sales | 56,697.58 |
| | |
| Gross Profit | 36,493.13 |
| | |
| **Expenses** | |
| Fines | 358.27 |
| Registrations-Other Vehicles | 135.00 |
| Advertising Expense | 2,100.00 |
| Bank Charges | 521.81 |
| Health Insurance | 1,932.33 |
| Interest Expense | 150.69 |
| Office Supply/Postage/Computer | 496.73 |
| Officer Life Insurance | 661.50 |
| Payroll Tax | 7,528.62 |
| Per Diem - Driver | 1,248.00 |
| Professional Fees | 267.50 |
| Rent Expense - Mariaville Road | 12,500.00 |
| Repairs & Maint Expense-689 | 1,341.67 |
| Utilities Expense - Mariaville | 2,553.63 |
| Salaries/Wages | 41,590.87 |
| Total Expenses | 73,386.62 |
| | |
| Net Income | ($ 36,893.49) |